

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00133-CV

**IN RE L.C.A.S.**, C.L.S., and K.C.C., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01844
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED August 20, 2025.

_____
Irene Rios, Justice